Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in The U.S. DISTRICT COURT at Seattle, Washington.

JANUARY 27, 2009

BRUCE RIFKIN, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN ALEXANDER VIANEZ,<br>a/k/a Nauj,<br><br>Defendant. | CR09-5065 FDB<br><br>INDICTMENT<br><br>09-CR-05065-INDI |

## COUNT 1

(Sex Trafficking)

Beginning in or about the summer of 2004 and continuing through November 2008, within the Western District of Washington, and elsewhere, JUAN ALEXANDER VIANEZ a/k/a Nauj, did, in and affecting interstate commerce, knowingly recruit, entice, harbor, transport, provide and obtain by any means, a female victim (FV1), knowing that force, fraud, and coercion would be used to cause FV1 to engage in commercial sex acts.

All in violation of Title 18, United States Code, Sections 1591(a)(1) and 1591(b)(1).

## COUNT 2

(Interstate Transportation of a Minor for Purposes of Prostitution)

Beginning in or about the summer of 2004 and continuing through on or about June 9, 2005, within the Western District of Washington, and elsewhere, JUAN ALEXANDER VIANEZ a/k/a Nauj, did transport an individual who had not attained the age of 18 years, to wit, female victim 1 (FV1), in interstate commerce, with intent that FV1 engage in prostitution and in any sexual activity for which FV1 can be charged with a crime.

All in violation of Title 18, United States Code, Section 2423.

## COUNT 3

(Interstate Transportation in Furtherance of Prostitution)

During July 2005 and continuing through on or about November 2008, within the Western District of Washington, and elsewhere, JUAN ALEXANDER VIANEZ, a/k/a Nauj knowingly transported an individual, that is, female victim 1 (FV1), in interstate commerce, with intent that FV1 engage in prostitution and in any sexual activity for which FV1 can be charged with a crime.

All in violation of Title 18, United States Code, Section 2421.

## COUNT 4

(Tampering with a Victim)

During January 2008 and continuing through November 2008, within the Western District of Washington, and elsewhere, the defendant, JUAN ALEXANDER VIANEZ, a/k/a Nauj, did knowingly intimidate, threaten, and corruptly persuade another person, to wit, female victim 1 (FV1), with intent to hinder, delay, and prevent communication to a law enforcement officer of information relating to the commission and possible commission of a Federal offense.

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

All in violation of Title 18, United States Code, Section 1512(b)(3).

A TRUE BILL

DATED: 1/27/2009

*(Signature of Foreperson redacted pursuant to the policy of the judicial conference.)*

_____
FOREPERSON

_____
JEFFREY C. SULLIVAN
UNITED STATES ATTORNEY

_____
TODD GREENBERG
ASSISTANT UNITED STATES ATTORNEY

_____
DOUGLAS WHALLEY
ASSISTANT UNITED STATES ATTORNEY

_____
YE-TING WOO
ASSISTANT UNITED STATES ATTORNEY

_____
MATTHEW H. THOMAS
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970