UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON, <br><br> Plaintiff, <br><br> vs. <br><br> JUAN ALEXANDER VIANEZ, <br><br> Defendant. | NO. CR09-5065RJB <br><br> ORDER TO CONTINUE SENTENCING |

The Court has considered the motion filed by the defense concerning a continuance of the sentencing hearing in this case.

The Court finds that continuing the sentencing in this case is necessary in order to allow defense counsel to finish the trial in Colville, WA and to assure effective assistance of counsel.

IT IS THEREFORE ORDERED that the sentencing hearing in this case shall be continued until September 17, 2010, at 10:00 a.m.

DATED this 5th day of August, 2010.


_____
ROBERT J. BRYAN
United States District Judge


Presented by:

/s/ Roger A. Hunko
ROGER A. HUNKO
Attorney for Juan Vianez


Proposed Order to Cont. Sentencing…1