Judge Robert Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br> Plaintiff, </br> v. </br> JUAN ALEXANDER VIANEZ, </br>    a/k/a Nauj, </br> Respondent. | NO. CR09-5065RJB </br> </br> **ORDER TO SEAL** |

Based upon the motion of the United States, and the representations made therein, it is HEREBY ORDERED that

The exhibits to Government's Sentencing Exhibits in this matter be FILED UNDER SEAL because the documents are medical records of the defendant and are not permitted to be made publicly available.

IT IS SO ORDERED.

DATED this 4th day of October, 2010.

_____
Robert J Bryan
United States District Judge

Presented by:

s/Ye-Ting Woo
YE-TING WOO
Assistant United States Attorney

ORDER TO SEAL - 1